# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 31819

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 11:37:30 AM
PAM ESTES
Clerk

STATE OF TEXAS   *   IN THE DISTRICT COURT OF

VS.   *   ANDERSON COUNTY, TEXAS

BENJAMIN WAYNE DECKARD   *   3RD JUDICIAL DISTRICT

**The records in my office reflect the following information in this case:**

CASE TYPE: MAN DEL CS PG 1>=200G<400G; MEN DEL CS PG 1>=4G<200G;

MAN DEL CS PG 1>=1G<4G; POSS MARIJ>4OZ<=5LBS

JUDGMENT OR APPEALABLE ORDER SIGNED: 10.09.2015

MOTION FOR NEW TRIAL FILED: N/A

NOTICE OF APPEAL FILED: 10.09.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: N/A

PRESIDING TRIAL COURT JUDGE: BASCOM W. BENTLEY, III

TRIAL COURT REPORTER(S): NANCY ADAMS

WAS APPELLANT DECCLARED INDIGENT?   YES: X   NO:

APPELLANT'S COUNSEL IS:   RETAINED:   APPOINTED: X   PRO SE:

APPELLANT'S   ATTORNEY: WILLIAM M. HOUSE, JR.
  ADDRESS: 800 NORTH CHURCH
  PALESTINE, TEXAS 75801
  TELEPHONE: 903-723-2077
  FAX: 903723-6323
  EMAIL: wmmhousejr@embarqmail.com
  STATE BAR CARD NO.: 10045000

APPELLEE'S

ATTORNEY: ALLYSON MITCHELL, Dist. Atty.
ADDRESS: 500 N. Church St.
PALESTINE, TEXAS 75801
TELEPHONE: 903-723-7400
EMAIL: amitchell@co.anderson.tx.us
STATE BAR CARD NO.: 24026884

DATED THIS 22ND DAY OF OCTOBER, 2015.

JANICE STAPLES
DISTRICT CLERK

BY: _____
DEPUTY Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACHED A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO
THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION
IS COMPLETE. THANK YOU.

FILED FOR RECORD

At 2:27 o'clock P.m.

OCT - 9 2015

JANICE STAPLES

by_____Dep.

CASE NO. 31819        COUNT 1,2,3,4
INCIDENT NO./TRN: 9213730845

| THE STATE OF TEXAS | § | IN THE 3RD JUDICI~~AL~~ ~~District~~ ~~Anderson~~ County, TX |
| | § | |
| V. | § | COURT |
| | § | |
| BENJAMIN WAYNE DECKARD | § | ANDERSON County, Texas |
| | § | |
| STATE ID NO.: TX04419272 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. Bascom Bentley | Date Judgment Entered: | 10-9-15 |
| Attorney for State: | Eric Houghton | Attorney for Defendant: | David Cervantes |

**Offense for which Defendant Convicted:**
MAN DEL CS PG 1 >=200G <400G; MAN DEL CS PG 1 >=4G<200G; MAN DEL CS PG 1 >=1G<4G; POSS MARIJ >4OZ<=5LBS

| Charging Instrument: | Statute for Offense: |
| INDICTMENT | 481.112(e) HSC; 481.112(d) HSC; 481.112(c) HSC; 481.121(b)(3) HSC Penal Code |

**Date of Offense:**
April 23, 2014

| Degree of Offense: | Plea to Offense: |
| Count 1: 1st Degree Felony | |
| Count 2: 1st Degree Felony | NOT GUILTY |
| Count 3: 1st Degree Felony | |
| Count 4: State Jail Felony | |

| Verdict of Jury: | Findings on Deadly Weapon: |
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
| Judge | 10-9-15 | 10-9-15 |

| Punishment and Place of Confinement: | 60 YEARS INSTITUTIONAL DIVISION, TDCJ Count 1 |
| | 60 YEARS INSTITUTIONAL DIVISION, TDCJ Count 2 |
| | 50 YEARS  INSTITUTIONAL DIVISION, TDCJ Count 3 |
| | 2 YEARS STATE JAIL DIVISION, TDCJ Count 4 |

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| $ N/A | $ 389 | $ N/A | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was N/A .

**If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.**

| Time Credited: | From 9-29-14 to 9-30-14 | From 8-20-15 to 10-9-15 | From | to |
| | From | to | From | to | From | to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

N/A DAYS    NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in ANDERSON County, Texas. The State appeared by her District Attorney.

<u>**Counsel / Waiver of Counsel (select one)**</u>

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

<u>**Punishment Assessed by Jury / Court / No election (select one)**</u>

☐ Jury. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☒ Court. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ No Election. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

<u>**Punishment Options (select one)**</u>

☒ Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director Institutional Division . The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the District Clerk . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of          County, Texas on the date the sentence is to commence. Defendant shall be confined in the          County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the          . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the          County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

<u>**Execution / Suspension of Sentence (select one)**</u>

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

<u>**Furthermore, the following special findings or orders apply:**</u>

---

Signed and entered on 10-9-15

X _Bascom Bentley_
Bascom Bentley
JUDGE PRESIDING

Benjamin Wayne Deckard

10-9-15

Clerk _Janice G. Staples_

## No. 31819

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 3rd JUDICIAL DISTRICT |
| | § | |
| BENJAMIN WAYNE DECKARD | § | ANDERSON COUNTY, TEXAS |

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Benjamin Wayne Deckard, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Benjamin Wayne Deckard.

Respectfully submitted,

Wm. M. House, Jr., P.C.,
800 N. Church
Palestine TX 75801
Tel: 903-723-2077
Fax: 903-723-6323

By: _____
Wm. M. House, Jr.
Attorney for Defendant
Texas Bar No. 10045000
Email: wmmhousejr@embarqmail.com

### CERTIFICATE OF SERVICE

This is to certify that on October 9, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas by hand delivery.

_____
Wm. M. House, Jr.